AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Schornak (AKA: Bobby Schornak)<br><br>_____<br>Defendant | )<br>) Case: 1:21-mj-00312<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 3/16/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert Schornak (AKA: Bobby Schornak),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 2 - Aiding and Abetting;
18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;

Date:   03/16/2021                                              _____/s/ Meriweather_____
                                                                                                    *Issuing officer's signature*

City and state:   Washington, D.C.                 Robin M. Meriweather, U.S. Magistrate Judge
                                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)*   3/16/21   , and the person was arrested on *(date)*   3/18/21
at *(city and state)*   Roseville, Michigan   .

Date:   3/18/21                                                    _____/signature/_____
                                                                                          *Arresting officer's signature*

                                                                          ANTHONY RESENDEZ, SPECIAL AGENT
                                                                                           *Printed name and title*   FBI